UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RODNEY CAMPBELL,

           Plaintiff,

v.

ADOBE INC.,

           Defendant.

Case No. 1:25-cv-05821-DEH

### [PROPOSED] CONSENT ORDER ADJOURNING INITIAL PRETRIAL CONFERENCE

Having considered the letter motion filed by Defendant Adobe Inc. ("Adobe") requesting an adjournment of the initial pretrial conference, informing the Court that Plaintiff consents to such request, and providing alternative dates for the conference, and good cause for such relief being found, the Court hereby **ORDERS** as follows:

1. Adobe's letter motion is GRANTED;
2. Unless and until the Court orders otherwise, counsel for all parties shall appear for an initial pretrial conference with the Court on __October 1__, 2025 at __10 AM__;
3. The parties shall otherwise comply with the directions set forth in the Notice of Initial Pretrial Conference, dated July 17, 2025.

**SO ORDERED** on this __28th__ day of __August__, 2025.

_____
DALE E. HO
UNITED STATES DISTRICT JUDGE

1